

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-15-00017-CV

_____

BILLY FITTS AND FREIDA FITTS, Appellants

V.

MELISSA RICHARDS-SMITH, THE LAW FIRM OF GILLAM & SMITH, LLP, E. TODD
TRACY, AND THE TRACY LAW FIRM, Appellees

On Appeal from the 71st District Court
Harrison County, Texas
Trial Court No. 14-0150

Before Morriss, C.J., Burgess and Carter,* JJ.

_____

*Jack Carter, Justice, Retired, Sitting by Assignment

# O R D E R

Our review of the clerk's record in this case indicates that it contains "sensitive data" as that phrase is defined in Rule 9.9 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.9(a). Sensitive data includes "a driver's license number, passport number, social security number, tax identification number or similar government-issued personal identification number." TEX. R. APP. P. 9.9(a)(1). Further, "a bank account number, credit card number, or other financial account number" is classified as sensitive data. TEX. R. APP. P. 9.9(a)(2). The clerk's record includes sensitive data as defined by Rule 9.9. Rule 9.9(b) states, "Unless the inclusion of sensitive data is specifically required by statute, court rule, or administrative regulation, an electronic or paper document containing sensitive data may not be filed with a court unless the sensitive data is redacted . . . ." TEX. R. APP. P. 9.9(b).

Therefore, because the clerk's record fails to protect sensitive data, we order the clerk of this Court or her appointee, pursuant to the inherent power of this Court, to seal the electronically filed clerk's record in this case.

IT IS SO ORDERED.

BY THE COURT

Date:   October 1, 2015